UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22148-KMM

AF HOLDINGS LLC,

       Plaintiff,

vs.

JOHN DOE,

       Defendant.
_____/

**NOTICE OF FILING SUBPOENA**

Pursuant to the Court's Order of July 3rd, 2012, (ECF 7), granting Plaintiff's motion for expedited discovery, Plaintiff files a copy of the subpoena served in this case, attached herein.

                              Respectfully submitted,
                              AF Holdings LLC

DATED: July 10, 2012

                              By:    /s/ Joseph Perea

                                      Joseph Perea, FBN 47782
                                      Joseph Perea, P.A.
                                      9100 S. Dadeland Blvd, Ste 1500
                                      Miami, Florida 33156
                                      Tel: 415-325-5900
                                      E-mail: joperea@perealawfirm.com
                                      *Attorney for Plaintiff*